USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH MELI et al.,

Defendant.

No. 19-Cr-480 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received a request from the parents of Joseph Meli, who is being detained at the MDC, asking that he be placed on home confinement in light of the spread of COVID-19 and Mr. Meli's pre-existing health conditions. No later than March 24, 2020 at 12 p.m., the Government shall advise the Court whether it has any objection to this request and, if so, provide the basis for that objection.

SO ORDERED.

Dated: March 23, 2020
New York, New York

Ronnie Abrams
United States District Judge