USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-26-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH MELI et al.,

          Defendant.

No. 19-Cr-480 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 23, 2020, Defendant Joseph Meli's parents made a request for bail on their son's behalf. Citing the ongoing public health crisis and Mr. Meli's pre-existing health conditions, his parents requested that he be released from the Manhattan Detention Center (the "MDC") and temporarily placed on home confinement. The Court directed the Government to respond. On March 24, the Government opposed the bail request on the grounds that "even if Meli is bailed by this Court, he must nonetheless remain confined in BOP custody" because he is currently serving a 78 months' sentence in connection with a separate and prior case. *See United States v. Simmons et al.*, No. 17-cr-127 (KMW) (S.D.N.Y.).

Although the Court would have given very serious consideration to Mr. Meli's bail application, particularly in light of the public health crisis, the Court agrees with the Government that any decision made by this Court would not render him eligible for release. Mr. Meli is currently detained at the MDC on a writ from Otisville, where he is serving his sentence imposed in the *Simmons* case. Granting him bail in this matter would thus not change the fact that he is still serving that sentence. For this reason, any

request for Mr. Meli's release from BOP custody is properly before the sentencing judge in *Simmons*.

Accordingly, the Court denies Mr. Meli's bail application at this time.

SO ORDERED.

Dated: March 26, 2020
       New York, New York

Ronnie Abrams
United States District Judge